**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Elizabeth Baker,

        Plaintiff(s),

    vs.

Apttus Corporation,

        Defendant(s).

Case # 3:17-cv-00587-MMD-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        David K. Montgomery    , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Jackson Lewis P.C.
        (firm name)

with offices at        PNC Center 26th Floor, 201 E. Fifth Street    ,
        (street address)

    Cincinnati    ,    Ohio    ,    45202    ,
    (city)        (state)        (zip code)

    (513) 322-5032    ,    david.montgomery@jacksonlewis.com
    (area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

        Apttus Corporation    to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

3. That since _____November 7, 1988_____, Petitioner has been and presently is a
                       (date)
member in good standing of the bar of the highest Court of the State of _____Ohio_____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|--------------|------------|
| Ohio | November 7, 1988 | 0040276 |
| Georgia | April 19, 1985 | 517175 |
| California | December 10, 1985 | 120066 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2                                                                          Rev. 5/16

1    6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give

2    particulars if ever denied admission):

3    None.

4

5

6    7.    That Petitioner is a member of good standing in the following Bar Associations.

7    The Supreme Court of Ohio
     The Supreme Court of Georgia
8    The Supreme Court of California

9

10    8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11   (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 7/18/2016 | 1:15-CV-000206 | USDC SD Indiana | Granted |
| 10/20/2106 | 1:16-CV-03065 | USDC Minnesota | Granted |
| 11/21/2016 | 1:16-CV-846 | Commonwealth of KY | Granted |
| 11/29/2016 | 1:16-CV-2531 | USDC SD Indiana | Granted |
| 12/27/2017 | 1:17-CV-02504-KMT | District of Colorado | Granted |

19    (If necessary, please attach a statement of additional applications)

20    9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21   State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22   extent as a member of the State Bar of Nevada.

23    10.    Petitioner agrees to comply with the standards of professional conduct required of

24   the members of the bar of this court.

25    11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

26   practice in this jurisdiction and that the client has consented to such representation.

27

28                                        3                                Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____ Ohio _____ )
COUNTY OF _____ Hamilton _____ )

_____ David K. Montgomery _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

19th day of January, 2018.

_____
Notary Public or Clerk of Court

JENNIFER SCOTT
Notary Public, State of Ohio
My Commission Expires
August 3, 2019

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Lisa A. McClane _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 3800 Howard Hughes Parkway, Suite 600 _____,
(street address)

_____ Las Vegas _____, _____ Nevada _____, _____ 89169 _____,
(city)      (state)      (zip code)

_____ (702) 921-2460 _____, _____ lisa.mcclane@jacksonlewis.com _____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Lisa A. McClane _____ as
_____ (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Margo Smith, EVP and Chief Legal Officer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10139                    lisa.mcclane@jacksonlewis.com
Bar number              Email address

APPROVED:

Dated: this 23rd day of January , 20 18 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# The Supreme Court of Ohio

## CERTIFICATE

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

### David Kirsten Montgomery

was admitted to the practice of law in Ohio on November 7, 1988; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of January, 2018.

GINA WHITE PALMER
*Director, Attorney Services Division*

Lei Moore
*Administrative Assistant*



P. HARRIS HINES, CHIEF JUSTICE
HAROLD D. MELTON, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
DAVID E. NAHMIAS
KEITH R. BLACKWELL
MICHAEL P. BOGGS
NELS S.D. PETERSON
BRITT C. GRANT
    JUSTICES

$\mathfrak{Supreme}$ $\mathfrak{Court}$
$\mathfrak{State}$ $\mathfrak{of}$ $\mathfrak{Georgia}$
STATE JUDICIAL BUILDING
$\mathfrak{Atlanta}$ $\mathfrak{30334}$

THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE
JEAN RUSKELL, REPORTER

January 11, 2018

I hereby certify that David K. Montgomery, Esq., was admitted on the 19th day of April, 1985, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_____, Clerk

## CERTIFICATE OF STANDING

January 12, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID K. MONTGOMERY, #120066 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records