Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Plaintiff*
*Elizabeth Baker*



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ELIZABETH BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>APTTUS CORPORATION, a Delaware Corporation<br><br>Defendant. | Case No. 3:17-CV-0587-MMD-CBC<br><br>ORDER<br><br>**JOINT STATUS REPORT AND REQUEST TO VACATE DECEMBER 12, 2018 CASE MANAGEMENT CONFERENCE** |

Plaintiff Elizabeth Baker and Defendant Apttus Corporation, by and through their respective undersigned counsel, pursuant to the Court's Minute Order dated September 24, 2018 (ECF No. 66), respectfully provide a status report and request to vacate the currently-scheduled December 12, 2018 case management conference.

The Minute Order states that further case management conferences are set for December 12, 2018, and January 10, 2019, and the parties are to "file joint or separate case management reports by no later than four court days prior to each conference. If counsel determine that a conference is not necessary, counsel have leave to request that the conference be vacated." ECF No. 66.

The parties have agreed to mediate the claims in this case, in addition to the claims brought in *De la Cuesta v. Apttus*, Case No. 3:17-CV-0520-MMD-CBC,

currently pending before this Court. The parties have scheduled private mediation sessions for December 11 and 12, and January 11. The parties have determined that the December 12, 2018, case management conference is not necessary, and request that the conference be vacated so that the parties can engage in mediation on that date.

DATED this 6th day of December, 2018.

/s/ *Michael J. Morrison*

Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Plaintiff Elizabeth Baker*

DATED this 6th day of December, 2018.

/s/ *Phillip Thompson*

David Montgomery, Esq.
Lisa A. McClane, Esq.
Phillip Thompson, Esq.
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorney for Defendant Apttus Corporatio*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 12/7/2018

2