UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ELIZABETH BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>APTTUS CORPORATION, a Delaware Corporation<br><br>Defendant. | Case No. 3:17-cv-00587-MMD-VPC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME AND IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

## ORDER SHORTENING TIME

This matter comes before the Court on Plaintiffs' April 10, 2019 Motion for Order Shortening Time in Support of Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadlines (Fourth Request).

For good cause shown, the time in which to respond to Plaintiffs' April 10, 2019 Motion Extend Discovery and Dispositive Motion Deadlines is shortened to:

Defendant's shall have until Noon on Friday, April 12, 2019 to respond to Plaintiff's Motion.

Plaintiff's shall have until Noon on Monday April 15, 2019 to file a reply to Defendant's response to Plaintiff's Motion.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/11/2019