David Montgomery*
Ohio Bar No. 40276
Phillip Thompson
Nevada Bar No. 12114
**JACKSON LEWIS P.C.**
300 S 4th St Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
david.montgomery@jacksonlewis.com
phillip.thompson@jacksonlewis.com

*Attorneys for Defendant
Apttus Corporation*

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH BAKER, <br><br> Plaintiff, <br><br> v. <br><br> APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive, <br><br> Defendant. | Case No. 3:17-cv-00587-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |

Defendant Apttus Corporation ("Defendant") and Plaintiff Elizabeth Baker ("Baker"), through their undersigned counsel, hereby stipulate and respectfully request that the time for Defendant to file and serve its Reply in Support of Summary Judgment be extended by two weeks from November 19, 2019 to December 3, 2019.

The reason for the extension is that counsel for Defendant is and has been coping with a serious family medical emergency and requires more time to prepare the briefing. Accordingly, this extension is necessary to give Defense Counsel sufficient time to return to work and prepare the Reply.

This stipulation is sought in good faith and not for the purpose of delay.  This is the first request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.

STIPULATED this 15th day of November, 2019.

| | |
|---|---|
| ROBISON, SHARP, SULLIVAN & BRUST | JACKSON LEWIS PC |
| /s/ *Todd A. Bader* | /s/ *Phillip Thompson* |
| Kent R. Robison, Esq. – NSB #1167<br>Clayton P. Brust, Esq. – NSB #5234<br>Hannah E. Winston, Esq. – NSB #14520<br>71 Washington Street<br>Reno, Nevada  89503 | David Montgomery, Esq.<br>Phillip Thompson, Esq.<br>300 S 4th St Suite 900<br>Las Vegas, Nevada  89101<br><br>*Attorneys for Defendant Apttus Corporation* |
| IN ASSOCIATION WITH:<br>Michael J. Morrison, Esq. – NSB #1665<br>Todd A. Bader, Esq. – NSB #3854<br><br>*Attorneys for Plaintiff Elizabeth Baker* | |

## **ORDER**

IT IS SO ORDERED this 18th day of ___November___, 2019.

_____
U.S. District Court Judge