KENT R. ROBISON, ESQ. (NSB # 1167)
krobison@rssblaw.com
CLAYTON P. BRUST, ESQ. (NSB #5234)
cbrust@rssblaw.com
HANNAH E. WINSTON, ESQ. (NSB #14520)
hwinston@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7169
*Attorneys for Plaintiff Elizabeth Baker*

**IN ASSOCIATION WITH:**
**MICHAEL J. MORRISON, ESQ.** (NSB #1665)
1495 Ridgeview Drive, Suite 220
Reno, Nevada 89509
Telephone: (775) 827-6300
Facsimile: (775) 827-6311
Email: venturelawusa@gmail.com

**TODD A. BADER, ESQ.** (NSB #3854)
**Bader & Ryan, Ltd.**
232 Court Street
Reno, Nevada 89501
Telephone: (775) 322-5000
Facsimile: (775) 322-5484
Email: badt001@aol.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive<br><br>    Defendants. | CASE NO.: 3:17-cv-00587-MMD-CBC<br><br>**CONSENT TO WITHDRAWAL OF COUNSEL** |

Elizabeth Baker, Plaintiff herein, does hereby formally consent to the withdrawal of Michael Morrison, Esq., as her attorney of record in this proceeding.

DATED this 15th day of November, 2019

_____
ELIZABETH BAKER

**IT IS SO ORDERED**

_____
U.S. MAGISTRATE JUDGE

DATED: 12/17/2019

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused a true copy of the **CONSENT TO WITHDRAWAL OF COUNSEL** to be served on all parties to this action by:

_____placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada, addressed to:

_____personal delivery/hand delivery

__✓__emailing an attached Adobe Acrobat PDF version of the document to the email addresses below/facsimile (fax) and/or E-Filing pursuant to Section IV of the District of Nevada Electronic Filing Procedures

DAVID K. MONTGOMERY, ESQ.
Jackson Lewis LLP
201 E. Fifth Street
Cincinnati, OH 45202
Email: david.montgomery@jacksonlewis.com
*Attorneys for Defendant*

PHILLIP C. THOMPSON, ESQ.
LISA A. MCCLANE, ESQ.
Jackson Lewis P.C.
Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Email: phillip.thompson@jacksonlewis.com
lisa.mcclane@jacksonlewis.com
*Attorneys for Defendant*

MICHAEL J. MORRISON, ESQ.
1495 Ridgeview Drive, Suite 220
Reno, NV 89509
Email: venturelawusa@gmail.com
*Attorney for Plaintiff*

TODD A. BADER, ESQ.
Bader & Ryan, Ltd.
232 Court Street
Reno, NV 89501
Email: badt001@aol.com
*Attorney for Plaintiff*

_____Federal Express/UPS or other overnight delivery

Dated this 18th day of November, 2019.

M. Pell
An Employee of Robison, Sharp, Sullivan & Brust