David Montgomery*
Ohio Bar No. 40276
Phillip Thompson
Nevada Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
david.montgomery@jacksonlewis.com
phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*Apttus Corporation*

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH BAKER, | Case No. 3:17-cv-00587-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER** |
| APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive, | |
| Defendant. | |

Defendant Apttus Corporation ("Defendant") and Plaintiff Elizabeth Baker ("Baker"), through their undersigned counsel, hereby stipulate and respectfully request that the time for the parties to file the joint pre-trial order in this matter be extended by three weeks, up to and including February 1, 2021. In support of this request, the parties state as follows:

1. The current deadline to file the joint pretrial order is January 11, 2021.

2. The parties have worked and continue to work diligently and cooperatively in order to prepare the joint pre-trial order.

3. However, the parties require additional time to confer regarding the language and content of the order.

4. The Court previously advised the parties, during their December 10, 2021, settlement conference, that the Court would extend the deadline upon the request of the parties.

5. The parties request a two-week extension of the deadline, from January 11, 2021, to February 1, 2021.

6. This extension is requested in good faith and not for the purpose of delay.

7. This is the first request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.

STIPULATED this 11th day of January, 2021.

| ROBISON, SHARP, SULLIVAN & BRUST | JACKSON LEWIS PC |
|---|---|
| /s/ *Hannah E. Winston* | /s/ *Phillip Thompson* |
| Kent R. Robison, Esq. – NSB #1167<br>Clayton P. Brust, Esq. – NSB #5234<br>Hannah E. Winston, Esq. – NSB #14520<br>71 Washington Street<br>Reno, Nevada 89503 | David Montgomery, Esq.<br>Phillip Thompson, Esq.<br>300 S 4th St Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant Apttus Corporation* |
| IN ASSOCIATION WITH:<br>Michael J. Morrison, Esq. – NSB #1665<br>Todd A. Bader, Esq. – NSB #3854<br><br>*Attorneys for Plaintiff Elizabeth Baker* | |

## ORDER

IT IS SO ORDERED this 11th day of January, 2021.

_____
U.S. District Court Judge