David Montgomery*
Ohio Bar No. 40276
Phillip Thompson
Nevada Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
david.montgomery@jacksonlewis.com
phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*Apttus Corporation*

*\*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH BAKER,<br><br>Plaintiff,<br><br>v.<br><br>APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive,<br><br>Defendant. | Case No.   3:17-cv-00587-MMD-WGC<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(Second Request)** |

Defendant Apttus Corporation ("Defendant") and Plaintiff Elizabeth Baker ("Baker"), through their undersigned counsel, hereby stipulate and respectfully request that the time for the parties to file the joint pre-trial order in this matter be extended by three weeks, up to and including February 22, 2021.  In support of this request, the parties state as follows:

1.    The parties previously requested a three-week extension to complete the joint pre-trial order, which the Court granted.

2.    The current deadline to file the joint pretrial order is February 1, 2021.

3.    The parties have worked and continue to work diligently and cooperatively in order to prepare the joint pre-trial order.

4.    The parties have conferred and exchanged multiple versions of the joint pre-trial order, as well as proposed exhibits.

5.     However, the parties require additional time to confer regarding the language and content of the order so they can minimize objections and stipulate to as many facts and exhibits as possible in order to preserve judicial resources.

6.     Accordingly, the parties request a three-week extension of the deadline, from February 1, 2021, to February 22, 2021.

7.     This extension is requested in good faith and not for the purpose of delay.

8.     This is the second request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.

STIPULATED this 1st day of February, 2021.


ROBISON, SHARP, SULLIVAN & BRUST          JACKSON LEWIS PC

/s/ *Clayton Brust*                                   /s/ *Phillip Thompson*
Kent R. Robison, Esq. – NSB #1167          David Montgomery, Esq.
Clayton P. Brust, Esq. – NSB #5234          Phillip Thompson, Esq.
Hannah E. Winston, Esq. – NSB #14520     300 S 4th St Suite 900
71 Washington Street                              Las Vegas, Nevada  89101
Reno, Nevada  89503
                                                         *Attorneys for Defendant Apttus Corporation*
IN ASSOCIATION WITH:
Michael J. Morrison, Esq. – NSB #1665
Todd A. Bader, Esq. – NSB #3854

*Attorneys for Plaintiff Elizabeth Baker*


## ORDER

IT IS SO ORDERED this  1st  day of _____February_____, 2021.

_____
U.S. District Court Judge

4834-7457-8650, v. 1