KENT R. ROBISON, ESQ. (NSB # 1167)
krobison@rssblaw.com
CLAYTON P. BRUST, ESQ. (NSB #5234)
cbrust@rssblaw.com
HANNAH E. WINSTON, ESQ. (NSB #14520)
hwinston@rssblaw.com
BRETT W. PILLING, ESQ (NSB #15981)
bpilling@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
Facsimile:   (775) 329-7169
*Attorneys for Plaintiff Elizabeth Baker*

IN ASSOCIATION WITH:

TODD A. BADER, ESQ. (NSB #3854)
badt001@aol.com
**Bader & Ryan, Ltd.**
232 Court Street
Reno, Nevada 89501
Telephone:   (775) 322-5000
Facsimile:   (775) 322-5484

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive<br><br>    Defendants. | CASE NO.:  3:17-cv-00587-MMD-CSD<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

   Plaintiff Elizabeth Baker, by and through her counsel of record, and Defendant Apttus Corporation, by and through its counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

DATED this 22nd day of April, 2022.

>ROBISON, SHARP, SULLIVAN & BRUST
>71 Washington Street
>Reno, Nevada 89503
>
>_____
>KENT R. ROBISON (NSB #1167)
>CLAY P. BRUST (NSB #5234)
>HANNAH E. WINSTON (NSB #14520)
>BRETT W. PILLING (NSB #15981)
>Attorneys for Plaintiff
>
>**IN ASSOCIATION WITH:**
>
>TODD A. BADER, ESQ. (NSB #3854)
>Bader & Ryan, Ltd.
>232 Court Street
>Reno, Nevada 89501

DATED this 21st day of April, 2022.

>JACKSON LEWIS PC
>
>*/s/ Phillip C. Thompson*
>_____
>DAVID MONTGOMERY*
>KAREN R. GLICKSTEIN*
>PHILLIP C. THOMPSON (NSB #12114)
>300 S. 4th Street, Suite 900
>Las Vegas, Nevada 89101
>*Attorneys for Defendant Apttus Corporation*
>*Admitted pro hac vice

IT IS SO ORDERED.

Dated: 4/22/2022

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused a true copy of the **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** to be served on all parties to this action by:

\_\_\_\_placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada, addressed to:

DAVID K. MONTGOMERY, ESQ.
Jackson Lewis LLP
201 E. Fifth Street
Cincinnati, OH 45202
Email: david.montgomery@jacksonlewis.com
*Attorneys for Defendant*

PHILLIP C. THOMPSON, ESQ.
Jackson Lewis P.C.
Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Email: phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*

KAREN R. GLICKSTEIN, ESQ.
Jackson Lewis P.C.
7101 College Blvd., #1200
Overland Park, KS 66210
Email: karen.glickstein@jacksonlewis.com
*Attorneys for Defendants*

TODD A. BADER, ESQ.
Bader & Ryan, Ltd.
232 Court Street
Reno, NV 89501
Email: badt001@aol.com
*Attorney for Plaintiff*

\_\_\_\_personal delivery/hand delivery

\_\_X\_\_emailing an attached Adobe Acrobat PDF version of the document to the email addresses below/facsimile (fax) and/or E-Filing pursuant to Section IV of the District of Nevada Electronic Filing Procedures

DAVID K. MONTGOMERY, ESQ.
Jackson Lewis LLP
Email: david.montgomery@jacksonlewis.com
*Attorneys for Defendant*

PHILLIP C. THOMPSON, ESQ.
Jackson Lewis P.C.
Email: phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*

1  KAREN R. GLICKSTEIN, ESQ.
   Jackson Lewis P.C.
2  Email: karen.glickstein@jacksonlewis.com
   *Attorneys for Defendants*
3

4  TODD A. BADER, ESQ.
   Bader & Ryan, Ltd.
5  Email: badt001@aol.com
   *Attorney for Plaintiff*
6

7  _____Federal Express/UPS or other overnight delivery

8  Dated this 22nd day of April, 2022.

                                                    */s/ V. Jayne Ferretto*
                                                 V. Jayne Ferretto
                                               An Employee of Robison, Sharp, Sullivan & Brust